# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:18−cv−00991−LY

Uniloc 2017 LLC v. Apple Inc.
Assigned to: Judge Lee Yeakel
Related Case:   1:18−cv−00907−LY
Cause: 35:271 Patent Infringement

Date Filed: 11/17/2018
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Uniloc 2017 LLC**   represented by   **Edward Nelson , III**
Nelson Bumgardner Albritton P.C.
3131 West 7th Street
Suite 300
Fort Worth, TX 76107
817−377−9111
Fax: 817−377−3485
Email: ed@nbafirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Gannon**
Price Lobel Tye LLP
One International Place
Boston, TX 02110
617−456−8000
Email: kgannon@princelobel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn A. Latchford**
Nelson Bumgardner Albritton P.C.
111 W. Tyler Street
Longview, TX 75601
903−757−8449
Fax: 903−758−7397
Email: shawn@nbafirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron S. Jacobs**
Prince Lobel Tye LLP
One International Place
Boston, MA 02110
617−456−8000
Email: ajacobs@princelobel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Apple Inc.** | represented by | **Andrew N. Stein** |

DLA Piper LLP (US)
500 Eight Street, NW
Washington, DC 2004
202–799–4000
Fax: 202–799–5000
Email: andrew.stein@dlapiper.com
*TERMINATED: 03/08/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian K. Erickson**
DLA Piper LLP (US)
401 Congress
Suite 2500
Austin, TX 78701
(512) 457–7059
Fax: (512) 721–2263
Email: brian.erickson@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine K. Corbett**
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, CA 94303–2241
650–833–2000
Fax: 650–833–2001
Email: christine.corbett@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Guaragna**
DLA Piper LLP (US)
401 Congress
Suite 2500
Austin, TX 78701
(512) 457–7125
Fax: 512/457–7001
Email: john.guaragna@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan H. Hicks**
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303–2215
650/833–2000
Fax: 650/83–2001
Email: jonathan.hicks@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krista Celentano Grewal**
DLA Piper LLP (US)

2000 University Avenue
East Palo Alto, CA 94303–2214
650–833–2000
Fax: 650–833–2001
Email: krista.grewal@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larissa Bifano**
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110–1447
617–406–6000
Fax: 617–406–6100
Email: larissa.bifano@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Fowler**
DLA Piper LLP
2000 University Ave.
East Palo Alto, CA 94303–2214
(650) 833–2000
Fax: (650) 833–2001
Email: mark.fowler@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Summer Torrez**
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303–2241
650–833–2000
Fax: 650–833–2001
Email: summer.torrez@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2018 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542–11468203). No Summons requested at this time, filed by Uniloc 2017 LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A (U.S. Patent No. 7,020,252))(Jacobs, Aaron) (Attachment 1 replaced on 11/19/2018) (afd). (Entered: 11/17/2018) |
| 11/17/2018 | Ï | Case assigned to Judge Lee Yeakel. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (afd) (Entered: 11/19/2018) |
| 11/17/2018 | Ï | DEMAND for Trial by Jury by Uniloc 2017 LLC. (afd) (Entered: 11/19/2018) |
| 11/19/2018 | Ï 2 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office with copy of Complaint. (afd) (Entered: 11/19/2018) |

| | | |
|---|---|---|
| 11/19/2018 | 3 | NOTICE of Attorney Appearance by Edward Nelson, III on behalf of Uniloc 2017 LLC (Nelson, Edward) (Entered: 11/19/2018) |
| 11/19/2018 | 4 | RULE 7 DISCLOSURE STATEMENT filed by Uniloc 2017 LLC. (Nelson, Edward) (Entered: 11/19/2018) |
| 11/19/2018 | 5 | REQUEST FOR ISSUANCE OF SUMMONS by Uniloc 2017 LLC. (Nelson, Edward) (Entered: 11/19/2018) |
| 11/19/2018 | 6 | NOTICE of Attorney Appearance by Kevin Gannon on behalf of Uniloc 2017 LLC (Gannon, Kevin) (Entered: 11/19/2018) |
| 11/19/2018 | 7 | NOTICE of Attorney Appearance by Shawn A. Latchford on behalf of Uniloc 2017 LLC (Latchford, Shawn) (Entered: 11/19/2018) |
| 11/19/2018 | 8 | Summons Issued as to Apple Inc. (td) (Entered: 11/19/2018) |
| 12/13/2018 | 9 | NOTICE of Attorney Appearance by John Michael Guaragna on behalf of Apple Inc.. Attorney John Michael Guaragna added to party Apple Inc.(pty:dft) (Guaragna, John) (Entered: 12/13/2018) |
| 12/13/2018 | 10 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Larissa Bifano* ( Filing fee $ 100 receipt number 0542–11554871) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/13/2018) |
| 12/13/2018 | 11 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Jonathan Hicks* ( Filing fee $ 100 receipt number 0542–11554914) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/13/2018) |
| 12/14/2018 | 12 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Christine K. Corbett* ( Filing fee $ 100 receipt number 0542–11559866) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/14/2018) |
| 12/18/2018 | 13 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Summer Torrez* ( Filing fee $ 100 receipt number 0542–11569288) by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/18/2018) |
| 12/18/2018 | 14 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Jonathan Hicks. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (dl) (Entered: 12/18/2018) |
| 12/18/2018 | 15 | ORDER GRANTING 10 Motion to Appear Pro Hac Vice for Larissa Bifano. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (dl) (Entered: 12/18/2018) |
| 12/18/2018 | 16 | ORDER GRANTING 12 Motion to Appear Pro Hac Vice for Christine K. Corbett. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (dl) (Entered: 12/18/2018) |
| 12/18/2018 | 17 | MOTION to Appear Pro Hac Vice by John Michael Guaragna *for Mark D. Fowler* (Filing fee #100 receipt number 0542–11569788) by on behalf of Apple Inc.. (Guaragna, John) Modified on 12/18/2018 (tr). (Entered: 12/18/2018) |
| 12/18/2018 | 18 | Unopposed MOTION for Leave to Exceed Page Limitation *(Motion to Transfer Venue)* by Apple Inc.. (Guaragna, John) (Entered: 12/18/2018) |

| | | |
|---|---|---|
| 12/18/2018 | 19 | Motion to Dismiss for Failure to State a Claim by Apple Inc.. (Guaragna, John) (Entered: 12/18/2018) |
| 12/18/2018 | 20 | RULE 7 DISCLOSURE STATEMENT filed by Apple Inc.. (Guaragna, John) (Entered: 12/18/2018) |
| 12/21/2018 | 21 | MOTION to Appear Pro Hac Vice ($100.00 Fee Paid, Receipt # 0542–11584212) by John Michael Guaragna *for Andrew Stein* by on behalf of Apple Inc.. (Guaragna, John) (Entered: 12/21/2018) |
| 12/21/2018 | 22 | ORDER GRANTING 18 Motion for Leave to File Excess Pages. Signed by Judge Lee Yeakel. (dl) (Entered: 12/21/2018) |
| 12/21/2018 | 23 | ORDER GRANTING 17 Motion to Appear Pro Hac Vice for Mark D. Fowler. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (dl) (Entered: 12/21/2018) |
| 12/21/2018 | 24 | ORDER GRANTING 13 Motion to Appear Pro Hac Vice for Summer Torrez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (dl) (Entered: 12/21/2018) |
| 12/21/2018 | 25 | MOTION to Change Venue *Pursuant to 28 USC Sec. 1404(a)* by Apple Inc.. (Attachments: # 1 Jaynes Decl., # 2 Guaragna Decl., # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Proposed Order)(Guaragna, John) (Entered: 12/21/2018) |
| 12/27/2018 | 26 | Unopposed MOTION for Extension of Time to File Response/Reply as to 25 MOTION to Change Venue *Pursuant to 28 USC Sec. 1404(a)* by Uniloc 2017 LLC. (Gannon, Kevin) (Entered: 12/27/2018) |
| 12/27/2018 | 27 | ORDER, (Initial Pretrial Conference set for 2/1/2019 02:00 PM before Judge Lee Yeakel). Signed by Judge Lee Yeakel. (td) (Entered: 12/27/2018) |
| 12/27/2018 | 28 | ORDER GRANTING 21 Motion to Appear Pro Hac Vice for Andrew Stein. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (dl) (Entered: 12/27/2018) |
| 01/02/2019 | 29 | NOTICE *Regarding Apple Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6)* by Uniloc 2017 LLC (Gannon, Kevin) (Entered: 01/02/2019) |
| 01/08/2019 | 30 | AMENDED COMPLAINT against Apple Inc. amending, filed by Uniloc 2017 LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gannon, Kevin) (Entered: 01/08/2019) |
| 01/08/2019 | 31 | MOTION to Appear Pro Hac Vice (Paid $100 Fee, Receipt #0542–11621887) by John Michael Guaragna *for Krista Celentano Grewal* by on behalf of Apple Inc.. (Guaragna, John) (Entered: 01/08/2019) |
| 01/15/2019 | 32 | ORDER GRANTING 31 Motion by Krista Celentano Grewal to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 01/16/2019) |
| 01/30/2019 | 33 | ORDER Granting Joint Stipulation Setting Deadlines. ORDER continuing Initial Pretrial Conference until further notice. Signed by Judge Lee Yeakel. (dm) (Entered: 01/30/2019) |

| | | |
|---|---|---|
| 03/01/2019 | 34 | REPLY to Response to Motion, filed by Apple Inc., re 25 MOTION to Change Venue *Pursuant to 28 USC Sec. 1404(a)* filed by Defendant Apple Inc. (Attachments: # 1 Guaragna Decl., # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Guaragna, John) (Entered: 03/01/2019) |
| 03/06/2019 | 35 | Unopposed MOTION to Withdraw as Attorney *Andrew Stein* by Apple Inc.. (Attachments: # 1 Proposed Order)(Guaragna, John) (Entered: 03/06/2019) |
| 03/08/2019 | 36 | ORDER GRANTING 35 Motion to Withdraw as Attorney. Signed by Judge Lee Yeakel. (afd) (Entered: 03/08/2019) |
| 04/08/2019 | 37 | ORDER DISMISSING 19 Motion to Dismiss for Failure to State a Claim; GRANTING 25 Motion to Change Venue. Case is transferred to the United States District Court for the Northern District of California. Signed by Judge Lee Yeakel. (afd) (Entered: 04/09/2019) |