MARK FOWLER (Bar No. 124235)
mark.fowler@us.dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@us.dlapiper.com
ERIK R. FUEHRER (Bar No. 252578)
erik.fuehrer@us.dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@us.dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000

Attorneys for Defendant,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNILOC 2017 LLC,<br><br>   Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>   Defendant. | CASE NO.  5:19-cv-01929-EJD<br><br>**DECLARATION OF CHRISTINE K. CORBETT IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM PROTECTIVE ORDER** |
|---|---|

I, Christine K. Corbett, submit this declaration in support of Defendant Apple Inc.'s ("Apple") Administrative Motion for Relief from Protective Order.

1. I am a partner at the law firm of DLA Piper LLP (US), counsel for Defendant Apple in this case. If called as a witness, I could and would testify competently to the information set forth in this declaration.

2. In response to discovery requests and subpoenas in this case, Uniloc and third parties (Pendragon Wireless LLC, d/b/a Pendrell) produced documents that it designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered in this case on October 21, 2019 (Dkt. No. 65).

3. Apple and Intel Corporation ("Intel") intend to file an amended complaint in *Intel Corp. v. Fortress Investment Group, et al.*, 3:19-cv-07651-EMC (N.D. Cal.) to which Apple and Intel will attach documents designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" as referenced above.

4. Apple seeks limited relief from the protective order in the instant action to file these documents under seal.

5. I contacted counsel for Uniloc and Pendrell on January 25, 2021 via e-mail and again on January 27, 2021 via e-mail to request agreement to Apple's disclosure of the confidential information. On January 28, 2021, Aaron Jacobs on behalf of Pendrell objected to Apple's request. As of the time of filing, Uniloc did not respond to Apple's request.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on January 28, 2021, at Los Altos, California.

/s/ *Christine K. Corbett*_____
Christine K. Corbett