UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.:   5:19-cv-01929-EJD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM PROTECTIVE ORDER** |

Having considered Defendant Apple Inc.'s ("Apple's") Motion for Relief from Protective Order, and finding good cause therefor, the Motion is GRANTED.

**IT IS HEREBY ORDERED THAT** permission be granted (1) to Apple to share on an Attorneys' Eyes Only basis the following information and documents with counsel for Apple and Intel Corporation ("Intel") in *Intel Corp. v. Fortress Investment Group, et al.*, 3:19-cv-07651-EMC (N.D. Cal.) ("Antitrust Litigation"), and (2) for counsel for Apple and Intel in the Antitrust Litigation to file under seal in the Antitrust Litigation portions of the following documents and the information contained in them:

- The price paid by the prior owner and various Uniloc entities to acquire the portfolio that includes the '252 patent, as reflected in multiple patent assignment and purchase agreements:

    o   PENDRELL_00016910

    o   PENDRELL_00017340

    o   PENDRELL_00017429

    o   UNILOC_PENDRAGON_0441

    o   UNILOC_PENDRAGON_1331

    o   UNILOC_PENDRAGON_0051

    o   UNILOC_PENDRAGON_0090

    o   UNILOC_PENDRAGON_0110

    o   UNILOC_PENDRAGON_1830

    o   UNILOC_PENDRAGON_0100

    o   UNILOC_PENDRAGON_1820

    o   UNILOC_PENDRAGON_1992

    o   UNILOC_PENDRAGON_1839

    o   UNILOC_PENDRAGON_1978

- The price paid by various licensees to Uniloc to acquire rights to the '252 patent, as reflected in license agreements:

    o   UNILOC_PENDRAGON_4339

    o   UNILOC_PENDRAGON_2789

    o   UNILOC_APPLE_1929_673

    o   UNILOC_APPLE1692_4779

    o   UNILOC_APPLE1692_2126

    o   UNILOC_APPLE1692_2201

    o   UNILOC_APPLE1692_2273

    o   UNILOC_PENDRAGON_2759-774

- o UNILOC_PENDRAGON_2742-758
- o UNILOC_PENDRAGON_2706-741
- o UNILOC_PENDRAGON_2668-705

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                  Honorable Judge Edward J. Davila