MARK FOWLER (Bar No. 124235)
mark.fowler@us.dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@us.dlapiper.com
ERIK R. FUEHRER (Bar No. 252578)
erik.fuehrer@us.dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@us.dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:   650.833.2000

Attorneys for Defendant,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNILOC 2017 LLC, | CASE NO.  5:19-cv-01929-EJD (VKD) |
|---|---|
| Plaintiff, | **APPLE INC.'S STATEMENT OF RECENT DECISION** |
| v. | |
| APPLE INC., | **Hearing Date:** February 9, 2021 |
| Defendant. | |

Pursuant to Local Rule 7-3(d)(2), counsel for Apple Inc. files this Statement of Recent Decisions in relation to Apple's pending Administrative Motion for Relief from Protective Order. (Dkt. No. 105 ("Motion for Relief").)

On February 3, 2021, Magistrate Judge Burke of the United States District Court for the District of Delaware issued an order in *VLSI Technology LLC v. Intel Corporation*, No. 1:18-cv-00966-DDE (D. Del. Feb. 3, 2021) granting Intel Corporation's request for relief from a protective order for the purposes addressed in Apple's Motion for Relief. A copy of the order is attached hereto as **Exhibit A**.[1]

On February 1, 2021, Judge Albright of the United States District Court for the Western District of Texas issued an oral ruling in *VLSI Technology LLC v. Intel Corporation,* No. AU-19-CV-977 (W.D. Tex. Feb. 1, 2021) denying Intel Corporation's request for relief from a protective order for the purposes addressed in Apple's Motion for Relief. No written order issued.

Dated:  February 5, 2021                    Respectfully submitted,

**DLA Piper LLP (US)**

*/s/ Christine K. Corbett*
Mark D. Fowler
Christine K. Corbett
Erik R. Fuehrer
Jonathan Hicks
**DLA Piper LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

**ATTORNEYS FOR DEFENDANT APPLE INC.**

---

[1] The Court's order was entered on the docket as docket text only. For the purposes of this notice, the text of the order was converted to PDF format to attach as an exhibit hereto.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ Christine K. Corbett*
Christine K. Corbett