# EXHIBIT 3

# Harbour, Michael

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, February 5, 2021 2:37 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:17-cv-05671-BLF VLSI Technology LLC v. Intel Corporation Order on Administrative Motion per Civil Local Rule 7-11 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

## Notice of Electronic Filing

The following transaction was entered on 2/5/2021 at 2:36 PM PST and filed on 2/5/2021
**Case Name:**      VLSI Technology LLC v. Intel Corporation
**Case Number:**    5:17-cv-05671-BLF
**Filer:**
**Document Number:** 297(No document attached)

**Docket Text:**
**Order denying [292] Administrative Motion for Relief From Protective Order entered by Judge Nathanael M. Cousins. The Court finds that Intel has not established good cause for relief. It has not shown the relevance of the materials requested for the antitrust case before Judge Chen. Moreover, the Court finds that VLSI relied on the protective order and it would be unfair to grant the relief requested by Intel at this time.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)*


**5:17-cv-05671-BLF Notice has been electronically mailed to:**

Alvin Matthew Ashley     mashley@irell.com, sheryl-knight-8706@ecf.pacerpro.com, sknight@irell.com

Amanda Leigh Major     amanda.major@wilmerhale.com

Amy E Proctor    aproctor@irell.com

Andrew William Robb     arobb@gibsondunn.com

Arthur W Coviello     arthur.coviello@wilmerhale.com, patricia.shore@wilmerhale.com, WHDocketing@wilmerhale.com

Benjamin W. Hattenbach     bhattenbach@irell.com

Charlotte J. Wen     cwen@irell.com, cbulut@irell.com, ccho@irell.com

Christa Jordan Laser     Christa.Laser@wilmerhale.com

Christopher Todd Abernethy     cabernethy@irell.com

David Charles Marcus     david.marcus@wilmerhale.com, joann.ambrosini@wilmerhale.com, whdocketing@wilmerhale.com

Dominic E. Massa     dominic.massa@wilmerhale.com, cheryl.lomaglio-puleio@wilmerhale.com, WHDocketing@wilmerhale.com

Dominik B. Slusarczyk     dslusarczyk@irell.com, jernst@irell.com, s-kim@irell.com

Donald Richard Steinberg     donald.steinberg@wilmerhale.com

Jordan L Hirsch     jordan.hirsch@wilmerhale.com, WHDocketing@wilmerhale.com

Joseph J. Mueller     joseph.mueller@wilmerhale.com, WHDocketing@wilmerhale.com

Karen I. Boyd     boyd@turnerboyd.com, 1105862420@filings.docketbird.com, docketing@turnerboyd.com

Kathryn Diane Zalewski     kathryn.zalewski@wilmerhale.com, WHDocketing@wilmerhale.com

Liv Leila Herriot     liv.herriot@wilmerhale.com, kathleen.gregory@wilmerhale.com, WHDocketing@wilmerhale.com

Louis W. Tompros     louis.tompros@wilmerhale.com, WHDocketing@wilmerhale.com

Mark Daniel Selwyn     mark.selwyn@wilmerhale.com, ernest.aglipay@wilmerhale.com, lorna.ejercito@wilmerhale.com, matthew.hoff@wilmerhale.com, nohely.gonzalez@wilmerhale.com, WHDocketing@wilmerhale.com

Mark Nolan Reiter     mreiter@gibsondunn.com, gholman@gibsondunn.com, jdraeger@gibsondunn.com, plum@gibsondunn.com

Michael David Harbour     mharbour@irell.com

Michael Edwin Jones     mikejones@potterminton.com, jovallery@potterminton.com

Morgan Chu     mchu@irell.com

Nina S. Tallon     nina.tallon@wilmerhale.com, lanta.chase@wilmerhale.com, lashawn.davenport@wilmerhale.com

**Omar Farooq Amin**     oamin@gibsondunn.com

**Sharchun Dennis Wang**     dennis.wang@wilmerhale.com, WHDocketing@wilmerhale.com

**Sonal N. Mehta**     sonal.mehta@wilmerhale.com, whdocketing@wilmerhale.com

**Thomas F. Lampert**     Thomas.Lampert@wilmerhale.com

**William F. Lee**     william.lee@wilmerhale.com

**5:17-cv-05671-BLF Please see [Local Rule 5-5](); Notice has NOT been electronically mailed to:**