James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
Thomas R. Fulford
tfulford@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No. 5:19-cv-01929-EJD<br><br>**STATEMENT OF RECENT DECISION**<br><br>**Regarding:**    Dkt. No. 105<br>**Hearing Date:**  Feb. 9, 2021 |

Pursuant to Local Rule 7-3(d)(2) and in connection with Uniloc 2017 LLC's ("Uniloc") opposition, Dkt. No. 107, to Apple Inc.'s ("Apple") Administrative Motion for Relief from Protective Order, Dkt. No. 105, Uniloc hereby files this Statement of Recent Decision.

Apple sued IXI IP, LLC in this District for declaratory judgment of noninfringement. *See* Case No. 4-19-cv-06769-HSG. On February 2, 2021, Apple filed a motion for administrative relief in that case similar to the administrative motion Apple filed in this case, *i.e.*, seeking modification of the protective order so that it could try to use designated information to support Intel Corporation and Apple's amended antitrust complaint. Judge Gilliam, of this District, denied the motion on February 11, 2021. A copy of this order is attached as Exhibit 1.

DATED: February 11, 2021

Respectfully submitted,

/s/ Aaron S. Jacobs
James J. Foster
jfoster@princelobel.com
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
Thomas R. Fulford
tfulford@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

*Attorneys for Plaintiff*