# EXHIBIT 1

**Jacobs, Aaron**

| | |
|---|---|
| **Subject:** | Activity in Case 4:19-cv-06769-HSG Apple Inc. v. IXI IP, LLC et al Order on Administrative Motion per Civil Local Rule 7-11 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 2/11/2021 at 1:38 PM PST and filed on 2/11/2021

**Case Name:** Apple Inc. v. IXI IP, LLC et al
**Case Number:** [4:19-cv-06769-HSG](#)
**Filer:**
**Document Number:** 109(No document attached)

**Docket Text:**
**ORDER by Hon. Haywood S. Gilliam, Jr. DENYING Dkt. No. [106] Plaintiff's Administrative Motion for Relief from the Protective Order. The Court finds that Plaintiff has not established good cause for relief. Moreover, the Court finds that Defendants relied on the protective order, and it would be unfair to grant the relief requested by Plaintiff at this time.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(hsglc2S, COURT STAFF) (Filed on 2/11/2021)**

**4:19-cv-06769-HSG Notice has been electronically mailed to:**

**Ameet A. Modi**     amodi@desmaraisllp.com, ecfalerts@desmaraisllp.com

**Bailey A Blaies**     bblaies@caldwellcc.com

**Brian D Matty**     bmatty@desmaraisllp.com

**Cosmin Maier**     CMaier@desmaraisllp.com, ECFAlerts@desmaraisllp.com

**Daniel Rollins Pearson**     dpearson@caldwellcc.com

**Emily H. Chen**     echen@desmaraisllp.com, ECFAlerts@desmaraisllp.com

**Francesco Silletta**     fsilletta@desmaraisllp.com

1

**Hamad Mohammad Hamad**     hhamad@caldwellcc.com, bdefeo@caldwellcc.com, mdelaney@caldwellcc.com, sross@caldwellcc.com

**Jason Dodd Cassady**     jcassady@caldwellcc.com, 1612557420@filings.docketbird.com, 5198251420@filings.docketbird.com, mdelaney@caldwellcc.com, sross@caldwellcc.com

**John M. Desmarais**     jdesmarais@desmaraisllp.com, ecfalerts@desmaraisllp.com

**John V. Picone , III**     jpicone@hopkinscarley.com, dhodges@hopkinscarley.com

**Joze Faye Welsh**     jwelsh@desmaraisllp.com

**Robert Kumar Jain**     rjain@hopkinscarley.com

**Robert Seth Reich , Jr**     sreich@caldwellcc.com, mdelaney@caldwellcc.com

4:19-cv-06769-HSG Please see Local Rule 5-5; Notice has NOT been electronically mailed to: